1048

The State of Washington, *Respondent*, v. Reginald M. Coleman, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 28175-2-III. Division Three. February 3, 2011.]

*In the Matter of the Detention of* S.M.

The State of Washington, *Respondent*, v. S.M., *Appellant*.

*Dismissed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 63719-3-I. Division One. February 7, 2011.]

*In the Matter of the Estate of* Shirley A. Harty.

J. Patrick Harty et al., *Appellants*, v. Greg Harty, *Respondent*.

*Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 63936-6-I. Division One. February 7, 2011.]

The State of Washington, *Respondent*, v. Filmon Tsehai Habtemariam, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J.